UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DUSTIN MUSSO (#422719)

CIVIL ACTION

VERSUS

NO. 15-873-JJB-EWD

STATE OF LOUISIANA

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated April 17, 2017 (doc. no. 2) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, Petitioner's request to stay or extend the federal limitations period while he pursues state post-conviction remedies in anticipation of submitting a future § 2254 application is DENIED and this proceeding is DISMISSED for want of jurisdiction.

Baton Rouge, Louisiana, June 6, 2017.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA